BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CV-03383-GEB-CMK |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | PUBLICATION |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 4040 TIN | ) | |
| RANCH ROAD, GEORGETOWN, | ) | |
| CALIFORNIA, EL DORADO COUNTY, | ) | |
| APN: 062-030-31-100, INCLUDING | ) | |
| ALL APPURTENANCES AND | ) | |
| IMPROVEMENTS THERETO, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, Plaintiff herein, applies for

an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions (hereafter

"Supplemental Rules") provides that the Plaintiff shall cause

public notice of the action to be given in a newspaper of general

circulation or on the official internet government forfeiture

site;

2. Local Rule 171, Eastern District of California, provides

that the Court shall designate by order the appropriate newspaper

1  or other vehicle for publication;

2      3.   The defendant real property is located in the city of

3  Georgetown, El Dorado County, California;

4      4.   Plaintiff proposes that publication be made as follows:

5          a.   One publication;

6          b.   Thirty (30) consecutive days;

7          c.   On the official internet government forfeiture

8  site www.forfeiture.gov;

9          d.   The publication is to include the following:

10             (1)  The Court and case number of the action;

11             (2)  The date of the seizure/posting;

12             (3)  The identity and/or description of the

13  property seized/posted;

14             (4)  The name and address of the attorney for the

15  Plaintiff;

16             (5)  A statement that claims of persons entitled

17  to possession or claiming an interest pursuant to Supplemental

18  Rule G(5) must be filed with the Court and served on the attorney

19  for the Plaintiff no later than 60 days after the first day of

20  publication on the official internet government forfeiture site;

21  and

22             (6)  A statement that answers to the Complaint or

23  a motion under Rule 12 of the Federal Rules of Civil Procedure

24  ("Fed. R. Civ. P.") must be filed and served within 21 days after

25  ///

26  ///

27  ///

28  ///

the filing of the claims and, in the absence thereof, default may
be entered and condemnation ordered.

Dated: _12/20/10_____          BENJAMIN B. WAGNER
                                United States Attorney


                            By:/s/ Kristin S. Door____
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney


                                **ORDER**

        IT IS SO ORDERED.



 DATED:   January 12, 2011

                            _Craig M. Kellison_____

                            **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE