BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2799

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-03383-GEB-CMK |
| Plaintiff, | |
| v. | **STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER [PROPOSED]** |
| REAL PROPERTY LOCATED AT 4040 TIN RANCH ROAD, GEORGETOWN, CALIFORNIA, EL DORADO COUNTY, APN: 062-030-31-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | DATE: N/A<br>TIME: N/A<br>COURTROOM: N/A |
| Defendant. | |

Plaintiff United States of America and claimant Patricia Albright, by and through their respective counsel, and claimant Albert G. Stoll, appearing *in propria persona*, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying further proceedings for six months pending the outcome of a related criminal investigation against claimant Patricia Albright.

1.   Claimant Patricia Albright filed a Verified Statement of Interest to the defendant real property on January 18, 2011, and filed a Corrected Answer to the complaint on January 28, 2011.  Claimant Albert G. Stoll filed a Verified Claim to the

1  defendant real property regarding his lien holder interest on
2  February 8, 2011, and filed an Answer to the complaint on
3  February 16, 2011.
4      2.   The stay is requested pursuant to 18 U.S.C. §§
5  981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).  The United States
6  contends that the defendant real property was used to facilitate
7  and constitutes proceeds traceable to a violation of federal drug
8  laws (cultivation of marijuana) and is therefore subject to
9  forfeiture to the United States.  In addition, the United States
10 contends that the defendant real property was involved in or
11 traceable to a violation of 31 U.S.C. § 5324(a)(3) (structuring).
12 Claimant Patricia Albright  denies these allegations.
13     3.   To date claimant Patricia Albright, the person on title
14 to the defendant real property, has not been charged with any
15 criminal offense by state, local, or federal authorities, and the
16 statute of limitations has not expired on potential criminal
17 charges.  Nevertheless, the plaintiff intends to depose claimant
18 Patricia Albright regarding her claim to the defendant real
19 property, the facts surrounding the cultivation of marijuana
20 plants on this property, and the financial transactions involved
21 in the purchase of the defendant real property.  If discovery
22 proceeds at this time, claimant Patricia Albright will be placed
23 in the difficult position of either invoking her Fifth Amendment
24 rights against self-incrimination which could interfere with her
25 ability to pursue her claim to the defendant real property, or
26 waiving her Fifth Amendment right and submitting to a deposition
27 and potentially incriminating herself.  If she invokes her Fifth
28 Amendment right, the plaintiff will be deprived of the ability to

1 explore the factual basis for the claim she filed with this
2 court.
3     4.   In addition, claimant Patricia Albright intends to
4 depose the law enforcement agents involved in this investigation.
5 Allowing depositions of the law enforcement officers at this time
6 would adversely affect the ability of federal authorities to
7 investigate the underlying criminal conduct.
8     5.   The parties recognize that proceeding with this action
9 at this time has potential adverse affects on the investigation
10 of the underlying criminal conduct and/or upon claimant Patricia
11 Albright's ability to prove her claim to the defendant real
12 property and assert any defenses to forfeiture.  For these
13 reasons, the parties jointly request that this matter be stayed
14 for six months.  At that time the parties will advise the court
15 of the status of the criminal investigation, if any, and will
16 advise the court whether a further stay is necessary.
17     6.   While this case is stayed claimant Patricia Albright
18 agrees to keep current all payments due to Albert G. Stoll under
19 the promissory note dated May 6, 2008, in the original principal
20 amount of $34,000.00, and secured by the deed of trust recorded
21 in El Dorado County on May 9, 2008, encumbering the defendant
22 real property.  A Transfer and Assignment of Deed of Trust and
23 Assignment of Rents was recorded in El Dorado County on
24 July 17, 2008, transferring and assigning the note and Deed of
25 Trust for the defendant real property to claimant Albert G.
26 Stoll.
27 Dated: 3/11/11                    BENJAMIN B. WAGNER
                                    United States Attorney
28

```
                      By:  /s/ David T. Shelledy
                           DAVID T. SHELLEDY
                           Assistant U.S. Attorney


Dated: 3-11-2011          /s/ Brenda Grantland
                           BRENDA GRANTLAND, ESQ.
                           Attorney for claimant
                           Patricia Albright


Dated: 3/8/11             /s/ Albert G. Stoll
                           ALBERT G. STOLL
                           Claimant appearing in
                           propria persona

                           (Signatures retained by attorney)
```

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) for six months.  On or before September 16, 2011, the parties will advise the court whether a further stay is necessary.

The pretrial scheduling conference, currently scheduled for 4/25/11, is rescheduled for October 3, 2011, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  March 14, 2011

```
                           _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge
```