1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2799

5  Attorneys for the United States

6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              ) 2:10-CV-03383-GEB-CMK
                                          )
12        Plaintiff,                      )
                                          ) **STIPULATION TO STAY**
13   v.                                   ) **FURTHER PROCEEDINGS**
                                          ) **AND ORDER**
14 REAL PROPERTY LOCATED AT 4040          )
   TIN RANCH ROAD, GEORGETOWN,            )
15 CALIFORNIA, EL DORADO COUNTY,          ) DATE: N/A
   APN: 062-030-31-100, INCLUDING         ) TIME: N/A
16 ALL APPURTENANCES AND                  ) COURTROOM: N/A
   IMPROVEMENTS THERETO,                  )
17                                        )
          Defendant.                      )
18 _____)

19       The United States and claimant Patricia Albright, by and through their

20 respective counsel, and claimant Albert G. Stoll, appearing *in propria persona*,

21 hereby stipulate that a further stay is necessary in the above-entitled action, and

22 request that the Court enter an order staying further proceedings for four months

23 pending the outcome of a related criminal case against claimant Patricia Albright,

24 Case No. 2:11-CR-00226-GEB.

25       1.    Claimant Patricia Albright filed a Verified Statement of Interest to the

26 defendant real property on January 18, 2011, and filed a Corrected Answer to the

27 complaint on January 28, 2011.  Claimant Albert G. Stoll filed a Verified Claim to

28 the defendant real property regarding his lien holder interest on February 8, 2011,

1  and filed an Answer to the complaint on February 16, 2011.

2      2.    On March 15, 2011, this case was stayed for six months based on the on-going criminal investigation against Ms. Albright.[1] On September 19, 2011, this case was stayed for six months pending the outcome of the related criminal case against claimant Patricia Albright. On March 19, 2012, this case was stayed for six months pending the outcome of the related criminal case against claimant Patricia Albright, Case No. 2:11-CR-00226-GEB. The related criminal case is currently scheduled for trial on November 6, 2012. This Stipulation represents the fourth proposed stay of forfeiture proceedings against the related real property.

    3.    The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant real property was used to facilitate and constitutes proceeds traceable to a violation of federal drug laws (cultivation of marijuana) and is therefore subject to forfeiture to the United States. In addition, the United States contends that the defendant real property was involved in or traceable to a violation of 31 U.S.C. § 5324(a)(3) (structuring). Claimant Patricia Albright denies these allegations.

    4.    The United States intends to depose claimant Patricia Albright regarding her claim to the defendant real property, the facts surrounding the cultivation of marijuana plants on this property, and the financial transactions involved in the purchase of the defendant real property. If discovery proceeds at this time, claimant Patricia Albright will be placed in the difficult position of either invoking her Fifth Amendment rights against self-incrimination which could interfere with her ability to pursue her claim to the defendant real property, or waiving her Fifth Amendment right and submitting to a deposition and potentially incriminating herself. If she invokes her Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claim she filed with

---

[1] On May 19, 2011, a criminal indictment was filed against Patricia Albright in Case No. 2:11-CR-00226-GEB.

1  this court.

2      5.   In addition, claimant Patricia Albright intends to depose the law
3  enforcement agents involved in this investigation.  Allowing depositions of the law
4  enforcement officers at this time would adversely affect the ability of federal
5  authorities to investigate the underlying criminal conduct.

6      6.   The parties recognize that proceeding with this action at this time has
7  potential adverse affects on the investigation of the underlying criminal conduct
8  and/or upon claimant Patricia Albright's ability to prove her claim to the defendant
9  real property and assert any defenses to forfeiture.  For these reasons, the parties
10 jointly request that this matter be stayed for four months.  At that time the parties
11 will advise the court of the status of the criminal case and will advise the court
12 whether a further stay is necessary.

13     7.   While this case is stayed claimant Patricia Albright agrees to keep
14 current all payments due to Albert G. Stoll under the promissory note dated May 6,
15 2008, in the original principal amount of $34,000.00, and secured by the deed of
16 trust recorded in El Dorado County on May 9, 2008, encumbering the defendant
17 real property.  A Transfer and Assignment of Deed of Trust and Assignment of
18 Rents was recorded in El Dorado County on July 17, 2008, transferring and
19 assigning the note and Deed of Trust for the defendant real property to claimant
20 Albert G. Stoll.

Dated: 9/13/12                              BENJAMIN B. WAGNER
                                            United States Attorney

                                      By:   /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

Dated: 9/12/12                              /s/ Matthew M. Scoble for
                                            TIMOTHY ZINDEL
                                            Attorney for claimant
                                            Patricia Albright
                                            (Authorized by email)

1
2  Dated: 9/13/12                          /s/ Albert G. Stoll
3                                          ALBERT G. STOLL
                                           Claimant appearing *in*
4                                          *propria persona*

5                                          (Signature retained by attorney)

6
7                                    **ORDER**

8       For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C.
9  §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) for six months.  The pretrial
10 scheduling conference, currently set for October 1, 2012, is rescheduled for January
11 28, 2013, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the
12 hearing.

13
14      IT IS SO ORDERED.

15 Dated:  September 17, 2012

16
17                                          _____
                                            GARLAND E. BURRELL, JR.
18                                          Senior United States District Judge

19
20
21
22
23
24
25
26
27
28