1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2799

5  Attorneys for the United States

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  2:10-CV-03383-GEB-CMK
                                       )
12               Plaintiff,            )
                                       )
13          v.                         )  **STIPULATION TO STAY**
                                       )  **FURTHER PROCEEDINGS**
14  REAL PROPERTY LOCATED AT 4040      )  **AND ORDER [PROPOSED]**
    TIN RANCH ROAD, GEORGETOWN,        )
15  CALIFORNIA, EL DORADO COUNTY,      )  DATE: N/A
    APN: 062-030-31-100, INCLUDING     )  TIME: N/A
16  ALL APPURTENANCES AND              )  COURTROOM: N/A
    IMPROVEMENTS THERETO,              )
17                                     )
                 Defendant.            )
18  _____)

19       The United States and claimant Patricia Albright, by and through their

20  respective counsel, and claimant Albert G. Stoll, appearing *in propria persona*,

21  hereby stipulate that a further stay is necessary in the above-entitled action, and

22  request that the Court enter an order staying further proceedings for four months

23  pending the outcome of a related criminal case against claimant Patricia Albright,

24  Case No. 2:11-CR-00226-GEB.   Albright's criminal trial is currently set for April 2,

25  2013.

26       1.   Claimant Patricia Albright filed a Verified Statement of Interest to the

27  defendant real property on January 18, 2011, and filed a Corrected Answer to the

28  complaint on January 28, 2011.  Claimant Albert G. Stoll filed a Verified Claim to

the defendant real property regarding his lien holder interest on February 8, 2011, and filed an Answer to the complaint on February 16, 2011.

2.      On March 15, 2011, this case was stayed for six months based on the on-going criminal investigation against Ms. Albright.[1]  On September 19, 2011, this case was stayed for six months pending the outcome of the related criminal case against claimant Patricia Albright.  On March 19, 2012, this case was stayed for six months pending the outcome of the related criminal case against claimant Patricia Albright.  On September 18, 2012, this case was stayed for six months pending the outcome of the related criminal case against claimant Patricia Albright, Case No. 2:11-CR-00226-GEB.  The related criminal case is currently scheduled for trial on April 2, 2013.  This Stipulation represents the fifth proposed stay of forfeiture proceedings against the related real property.

3.      The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).  The United States contends that the defendant real property was used to facilitate and constitutes proceeds traceable to a violation of federal drug laws (cultivation of marijuana) and is therefore subject to forfeiture to the United States.  In addition, the United States contends that the defendant real property was involved in or traceable to a violation of 31 U.S.C. § 5324(a)(3) (structuring).  Claimant Patricia Albright denies these allegations.

4.      The United States intends to depose claimant Patricia Albright regarding her claim to the defendant real property, the facts surrounding the cultivation of marijuana plants on this property, and the financial transactions involved in the purchase of the defendant real property.  If discovery proceeds at this time, claimant Patricia Albright will be placed in the difficult position of either invoking her Fifth Amendment rights against self-incrimination which could interfere with her ability to pursue her claim to the defendant real property, or

---

[1] On May 19, 2011, a criminal indictment was filed against Patricia Albright in Case No. 2:11-CR-00226-GEB.

Stipulation to Stay Further
Proceedings and Order

1   waiving her Fifth Amendment right and submitting to a deposition and potentially

2   incriminating herself.  If she invokes her Fifth Amendment right, the United States

3   will be deprived of the ability to explore the factual basis for the claim she filed with

4   this court.

5         5.   In addition, claimant Patricia Albright intends to depose the law

6   enforcement agents involved in this investigation.  Allowing depositions of the law

7   enforcement officers at this time would adversely affect the ability of federal

8   authorities to investigate the underlying criminal conduct.

9         6.   The parties recognize that proceeding with this action at this time has

10  potential adverse affects on the investigation of the underlying criminal conduct

11  and/or upon claimant Patricia Albright's ability to prove her claim to the defendant

12  real property and assert any defenses to forfeiture.  For these reasons, the parties

13  jointly request that this matter be stayed for four months.  At that time the parties

14  will advise the court of the status of the criminal case and will advise the court

15  whether a further stay is necessary.

16        7.   Claimant Patricia Albright previously agreed to keep current all

17  payments due to Albert G. Stoll under the promissory note dated May 6, 2008, in

18  the original principal amount of $34,000.00, and secured by the deed of trust

19  recorded in El Dorado County on May 9, 2008, encumbering the defendant real

20  property.[2]  On December 11, 2012, Claimant Stoll notified the United States and

21  Ms. Albright that Claimant Albright was in arrears for October, November and

22  December (monthly payments of $88.00).  According to Claimant Stoll, no payment

23  has been made as of about six days ago when he last checked his post office box.

24  ///

25  ///

26

27      [2] A Transfer and Assignment of Deed of Trust and Assignment of Rents was

28  recorded in El Dorado County on July 17, 2008, transferring and assigning the note
    and Deed of Trust for the defendant real property to claimant Albert G. Stoll.

1    Claimant Stoll is currently on vacation and unable to check his post office box.  The

2    parties will address the delinquency issue as appropriate in a future court filing.

3

4    Dated: 1/14/13                               BENJAMIN B. WAGNER
                                                   United States Attorney
5

6                                      By:    /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
7                                             Assistant U.S. Attorney

8

9    Dated: 1/14/13                            /s/ Matthew M. Scoble
                                               MATTHEW M. SCOBLE
10                                             Attorney for claimant
                                               Patricia Albright
11

12

13   Dated: 1/14/13                            /s/ Albert G. Stoll
                                               ALBERT G. STOLL
14                                             Claimant appearing *in
                                               propria persona*
15

16                                             (Authorized by phone)

17

18                                      **ORDER**

19        For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C.

20   §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) for four months.  On or before May 14,

21   2013, the parties will advise the court whether a further stay is necessary. The

22   pretrial scheduling conference, currently set for January 28, 2013, is rescheduled

23   for June 10, 2013.  A joint status report shall be filed fourteen days prior to the

24   hearing.

25        IT IS SO ORDERED.

26   Dated: 1/15/13

27                                             GARLAND E. BURRELL, JR.
                                               United States District Judge

28

4