1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2799

5  Attorneys for the United States

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-03383-TLN-CMK |
| Plaintiff, | |
| v. | NOTICE REGARDING LAPSE OF CURRENT STAY; REQUEST FOR STATUS (PRETRIAL SCHEDULING) CONFERENCE AND ORDER |
| REAL PROPERTY LOCATED AT 4040 TIN RANCH ROAD, GEORGETOWN, CALIFORNIA, EL DORADO COUNTY, APN: 062-030-31-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States requests that this matter be put on calendar for a Status (Pretrial Scheduling) Conference, as the parties cannot reach an agreement on whether to stay further proceedings. This case has been stayed since March 2011 due to pending criminal case against the record owner who has been charged with federal criminal crimes related to marijuana cultivation at the defendant property. The encumbrance on the defendant property has been in default for many months, resulting in accrued interest payments and, possibly, fees and penalties.

Accordingly, the current stay may expire and the United States will

///

///

coordinate the filing of a joint status report within fourteen days of the currently scheduled June 10, 2013 scheduling conference.[1]

Dated: 5/13/13                                        BENJAMIN B. WAGNER
                                                                  United States Attorney

                                              By:    /s/ Kevin C. Khasigian
                                                         KEVIN C. KHASIGIAN
                                                         Assistant U.S. Attorney

## ORDER

Counsel shall file a Joint Status Report no later than Jun 10, 2013.   The stay is hereby lifted.

IT IS SO ORDERED.

Dated: May 15, 2013

_____
Troy L. Nunley
United States District Judge

---

[1] District Judge Garland E. Burrell, Jr. previously set a June 10, 2013 scheduling conference in the event the stay lapsed, however, the case was reassigned to District Judge Troy L. Nunley on April 3, 2013.  The Reassignment Order provides that "all dates currently set shall remain effective subject to further order of the court."