1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2799

5  Attorneys for the United States

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,               )   2:10-CV-03383-TLN-CMK
                                             )
12 |         Plaintiff,                      )
                                             )   NOTICE REGARDING LAPSE
13 |    v.                                   )   OF CURRENT STAY; REQUEST
                                             )   FOR STATUS (PRETRIAL
14 | REAL PROPERTY LOCATED AT 4040           )   SCHEDULING) CONFERENCE
   TIN RANCH ROAD, GEORGETOWN,               )   AND ORDER
15 | CALIFORNIA, EL DORADO COUNTY,           )
   APN: 062-030-31-100, INCLUDING            )
16 | ALL APPURTENANCES AND                   )
   IMPROVEMENTS THERETO,                     )
17                                           )
             Defendant.                      )
18 |_____)

19      The United States requests that this matter be put on calendar for a Status

20 (Pretrial Scheduling) Conference, as the parties cannot reach an agreement on

21 whether to stay further proceedings.  This case has been stayed since March 2011

22 due to pending criminal case against the record owner who has been charged with

23 federal criminal crimes related to marijuana cultivation at the defendant property.

24 The encumbrance on the defendant property has been in default for many months,

25 resulting in accrued interest payments and, possibly, fees and penalties.

26      Accordingly, the current stay may expire and the United States will

27 ///

28 ///

coordinate the filing of a joint status report within fourteen days of the currently scheduled June 10, 2013 scheduling conference.[1]

Dated: 5/13/13

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## ORDER

Counsel shall file a Joint Status Report no later than Jun 10, 2013.  The stay is hereby lifted.

IT IS SO ORDERED.

Dated: May 15, 2013

_____
Troy L. Nunley
United States District Judge

---

[1] District Judge Garland E. Burrell, Jr. previously set a June 10, 2013 scheduling conference in the event the stay lapsed, however, the case was reassigned to District Judge Troy L. Nunley on April 3, 2013.  The Reassignment Order provides that "all dates currently set shall remain effective subject to further order of the court."