| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-03383-TLN-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE; CERTIFICATE OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 4040 TIN RANCH ROAD, GEORGETOWN, CALIFORNIA, EL DORADO COUNTY, APN: 062-030-31-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant, | |

It is hereby stipulated by and between the United States and claimant Patricia Albright, by and through their respective counsel, and claimant Albert G. Stoll, appearing in *propria persona*, (hereafter "claimants"), as follows:

1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

3. There was probable cause for the posting of the defendant property, and for

///

1

Stipulation and Order for Dismissal

the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: 2-6-2014          BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 2/5/14          /s/ Kelly Babineau
KELLY BABINEAU
Attorney for claimant
Patricia Albright

Dated: 1-30-2014          /s/ Albert G. Stoll
ALBERT G. STOLL
Claimant appearing *in propria persona*

(Signatures retained by attorney)

IT IS SO ORDERED.

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed December 20, 2010, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant property, and for the commencement and prosecution of this forfeiture action.

Dated: _____          _____
TROY L. NUNLEY
United States District Judge